# EXHIBIT C

# PRINTABLE CASE VIEW

**Generated:** 22-FEB-2021 01:23 PM

**Search Criteria: Case ID or Citation Number: 1CCV-21-0000123**

**1 record(s) total**

| | |
|---|---|
| **Case ID:** 1CCV-21-0000123 - Branzuel v. Uber Technologies, Inc.<br>**Type:** CV - Circuit Court Civil<br>**Status:** ACTIVE - Active Case<br>**Last Updated:** 20-Feb-2021 | **Filing Date:** MONDAY, FEBRUARY 1, 2021<br>**Court:** FIRST CIRCUIT<br>**Location:** PUNCHBOWL |

**Related Cases**

No related cases were found.

**Case Parties**

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | Dias, Christopher Anthony | | Plaintiff | @4744897 | Branzuel, Marcelo |
| 2 | Branzuel, Marcelo | | Attorney | A6265 | Dias, Christopher Anthony |
| 3 | | | Other | D1C14 | First Circuit Court 14th Division |
| 4 | | | Defendant | @4745187 | Wencong, Wencong |
| 5 | | | Defendant | @4745190 | Uber Technologies, Inc. |
| 6 | | | Defendant | @4754532 | Jian, Wencong |

**Bail / Bond Information**

No Bails were found.

**Events**

No Case Events were found.

**Dockets**

| Docket # | Date | Docket | Document Name | Parties | Filing Party |
|---|---|---|---|---|---|
| 1 | 02/01/2021 | Complaint<br>EFile Document upload of type Complaint | Complaint; Demand for Jury Trial | Marcelo Branzuel - Plaintiff | Dias, Christopher Anthony |
| 3 | 02/01/2021 | Payment Due to Court | | Christopher A Dias - Attorney | |

EXHIBIT C

| 5 | 02/01/2021 | Payment<br>Payment by Credit Card-Civil in the amount of $515.00 by Dias, Christopher A. | | Christopher A Dias - Attorney | |
| 6 | 02/01/2021 | Summons<br>EFile Document upload of type Summons | Summons | Marcelo Branzuel - Plaintiff | Dias, Christopher Anthony |
| 8 | 02/01/2021 | Civil Information Sheet<br>EFile Document upload of type Civil Information Sheet | Civil Information Sheet | Marcelo Branzuel - Plaintiff | Dias, Christopher Anthony |
| 10 | 02/02/2021 | Notice | NOTICE OF INCOMPLETE ELECTRONIC RECORD - IMMEDIATE CORRECTIVE ACTION REQUIRED FROM PLAINTIFF | Marcelo Branzuel - Plaintiff | FILED BY COURT, COURT |
| 12 | 02/02/2021 | New Case Assignment<br>CASE ASSIGNED TO THE 14TH DIVISION, HONORABLE GARY W.B. CHANG, JUDGE PRESIDING | | Marcelo Branzuel - Plaintiff<br>First Circuit Court 14th Division - Other | FILED BY COURT, COURT |
| 14 | 02/02/2021 | Notice of Adding Parties | | All Case Parties | |
| 15 | 02/06/2021 | Service-Return/Acknowledgement<br>EFile Document upload of type Service-Return/Acknowledgement | Return and Acknowledgment of Service | Marcelo Branzuel - Plaintiff | Dias, Christopher Anthony |
| 17 | 02/20/2021 | Complaint Amended<br>EFile Document upload of type Complaint Amended | First Amended Complaint; Demand for Jury Trial; Summons | Marcelo Branzuel - Plaintiff | Dias, Christopher Anthony |
| 19 | 02/20/2021 | Payment Due to Court | | Christopher A Dias - Attorney | |
| 21 | 02/20/2021 | Payment<br>Payment by Credit Card-Civil in the amount of $200.00 by Dias, Christopher A. | | Christopher A Dias - Attorney | |
| 22 | 02/20/2021 | Additional Claims Info Sheet<br>EFile Document upload of type Additional Claims Info Sheet | Additional Claims Information Sheet | Marcelo Branzuel - Plaintiff | Dias, Christopher Anthony |

EXHIBIT C