CHRISTOPHER A. DIAS          6265-0
810 Richards Street, Suite 839
Honolulu, Hawaii 96813
Telephone: (808) 524-4600
Email: chris@chrisdiaslaw.com

Attorney for Plaintiff
MARCELO BRANZUEL

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| MARCELO BRANZUEL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WENCONG JIAN, an individual;<br>UBER TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 1:21-cv-00111 KJM<br><br>PLAINTIFF'S MOTION TO<br>REMAND; MEMORANDUM OF<br>POINTS AND AUTHORITIES IN<br>SUPPORT OF MOTION TO<br>REMAND; CERTIFICATE OF<br>SERVICE |

PLAINTIFF'S MOTION TO REMAND

Comes now Plaintiff Marcelo Branzuel, by and through his undersigned counsel, and hereby moves this Honorable Court for an order remanding this proceeding to First Circuit Court, State of Hawaii.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil

Procedure, and is based on 28 U.S.C. § 1441(b)(2) and 1447(c), the attached Memorandum of Points and Authorities in Support of Motion to Remand, and the records and files of this case.

DATED: Honolulu, Hawaii, March 22, 2021.

/s/ Christopher A. Dias
CHRISTOPHER A. DIAS
Attorney for Plaintiff